USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-26-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MATTHEW J. LARKIN,

      Plaintiff,

  -against-

TRANS UNION, LLC, ET AL.,

      Defendants.
---------------------------------------------------------- x

1:19-cv-08349 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of *pro se* Plaintiff's and Defendant Trans Union, LLC's ("Trans Union") pre-motion conference letters, concerning Plaintiff's anticipated motion to strike Trans Union's affirmative defenses. ECF Nos. 25, 26. The Parties' request for a conference is **DENIED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

  Motion to Strike:         January 10, 2020

  Opposition to Motion:       January 31, 2020

  Reply to Opposition        February 14, 2020

**SO ORDERED.**

Dated: November 26, 2019
     New York, New York

                     ANDREW L. CARTER, JR.
                     United States District Judge

COPIES MAILED