```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/16/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
: 
**LARKIN,** :
:
**Plaintiff,** :
: **1:19-cv-08349 (ALC)**
-against- :
: **ORDER**
**TRANS UNION, LLC, ET AL.,** :
:
**Defendants.** :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Notice of Substitution of Counsel for Equifax Information Services LLC. ECF No. 70. Pursuant to Local Civil Rule 1.4, such request "may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien". Counsel has not filed such an affidavit. Counsel is hereby directed to file an appropriate affidavit in compliance with such Rule.

**SO ORDERED.**

**Dated:   June 16, 2020**
          **New York, New York**
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**