UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

LARKIN,

                **Plaintiff,**

    v.

**TRANS UNION, LLC, ET AL.,**

                **Defendants.**

-----------------------------------------------------------------: x

1:19-cv-08349 (ALC)(JLC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _8/20/2020_____

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled as to Defendant Equifax Information Services, LLC, ECF No. 86, it is hereby

**ORDERED** that the above-captioned action is hereby discontinued with respect to Equifax Information Services, LLC without costs to any party and without prejudice to restoring the action to this Court's calendar as to Equifax Information Services, LLC if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated: August 20, 2020**
      New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**