UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
LARKIN,                                          :
                                                 :
                         Plaintiff,              :
                                                 :
                                                 :
         v.                                      :    1:19-cv-08349 (ALC)(JLC)
                                                 :
                                                 :    ORDER
TRANS UNION, LLC, ET AL.,                        :
                                                 :
                                                 :
                         Defendants.             :
                                                 :
-----------------------------------------------------------------: x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/24/2020

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled as to Defendant Verizon Communications, Inc., ECF No. 84, it is hereby

**ORDERED** that the above-captioned action is hereby discontinued with respect to Verizon Communications, Inc. without costs to any party and without prejudice to restoring the action to this Court's calendar as to Verizon Communications, Inc. if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated: August 24, 2020**
    **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**