UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

LARKIN,

                    **Plaintiff,**

        v.

TRANS UNION, LLC, ET AL.,

                    **Defendants.**

-----------------------------------------------------------------: x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/22/2020
```

1:19-cv-08349 (ALC)(JLC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled as to Defendant Experian Information Solutions, Inc. ("Experian"), ECF No. 92, it is hereby

**ORDERED** that the above-captioned action is hereby discontinued with respect to Experian without costs to any party and without prejudice to restoring the action to this Court's calendar as to Experian if the application to restore the action is made within thirty days.

**SO ORDERED.**
**Dated: September 22, 2020**
      **New York, New York**

                                        */s/ Andrew L. Carter*
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**